UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40169-2 |
| Plaintiff, | |
| vs. | REQUEST FOR NOTICE PURSUANT TO FED R. EVI. 404(b) |
| RUSTY JAMES DRISCOLL, | |
| Defendants. | |

---

The Defendant, by and through their undersigned attorney, M. Lorena Tamayo, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of FED. R. EVID. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated and electronically filed this 3rd day of February, 2022

Respectfully submitted,

/s/ M. Lorena Tamayo
M. Lorena Tamayo
Attorney for Defendant
Of MORGANTHEELER LLP
P.O. Box 1025 / 1718 N. Sanborn Blvd.
Mitchell, SD 57301-7025
(605) 996-5588
ltamayo@morgantheeler.com

1