UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,                                    CR 21-40169-2

        Plaintiff,

vs.                                                              REQUEST FOR NOTICE
                                                       PURSUANT TO FED R. EVI. 609(b)

RUSTY JAMES DRISCOLL,

        Defendants.

_____

       The Defendant, by and through their undersigned attorney, M. Lorena Tamayo, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 609(b), of any conviction or convictions with respect to which a period of more than ten (10) years has elapsed since the date of the conviction, which the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant Unitor any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any conviction or convictions subject to the requirements of FED. R. EVID. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

       Dated and electronically filed this 3rd day of February, 2022

                                Respectfully submitted,

                                /s/ M. Lorena Tamayo
                                M. Lorena Tamayo
                                Attorney for Defendant
                                Of MORGANTHEELER LLP
                                P.O. Box 1025 / 1718 N. Sanborn Blvd.

Mitchell, SD 57301-7025
(605) 996-5588
ltamayo@morgantheeler.com