UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40169-2 |
| Plaintiff, | |
| vs. | MOTION TO CONTINUE TRIAL, SUPPRESSION MOTION, VOLUNTARINESS MOTION, AND |
| RUSTY JAMES DRISCOLL, | ALL RELATED PRETRIAL DEADLINES |
| Defendants. | |

_____

Comes now Rusty James Driscoll, by and through his attorney, M. Lorena Tamayo, and moves the Court for its Order extending the trial setting of April 12, 2022 by at least 60 days, as well as the suppression motion, voluntariness motion, and all related pretrial deadlines.

As grounds, Defendant states:

1.     The Court entered its Scheduling and Case Management Order on February 3, 2022 setting the jury trial for April 12, 2022.

2.     This is a new case with multiple Co-Defendants and a significant amount of discovery materials. Defense counsel has not had sufficient time to review all the discovery with the Defendant in order to properly advise him. Additional time is necessary to review all discovery and to do any necessary investigative work before defense counsel can competently advise the Defendant if a plea agreement or trial is in his best interest.

3. Defense counsel has advised the Defendant of this motion, its purpose, and his constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 *etseq.* Consent to the continuance has been signed by Defendant and it has been filed separately from this Motion.

4. Defendant is currently detained at the Yankton County jail in Yankton, South

5. Dakota.

6. **The Government through AUSA Mark A. Hodges does not object to this motion.**

7. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Rusty James Driscoll, requests that the Court continue the trial setting to a time at least 60 days past April 12, and further, that the suppression motion, voluntariness motion, and all related pretrial deadlines be continued.

Dated this 18th day of February, 2022.

Respectfully

submitted,

__/s/ M. Lorena Tamayo
M. Lorena Tamayo
Attorney for Defendant
MorganTheeler, LLP
P.O. Box 1025, Mitchell, SD 57301
Telephone: 605-996-5588 Facsimile: 605-996-6129