UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:21-cr-40169-KES |
| Plaintiff, | |
| vs. | **DEFENDANT JESSICA JOHNSON'S REQUEST FOR NOTICE PURSUANT TO FEDERAL RULE 609(B) OF EVIDENCE** |
| JESSICA JOHNSON, | |
| Defendant. | |

The Defendant above-named, Jessica Johnson, by and through her undersigned attorney, Alex M. Hagen, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 609(b), of any conviction or convictions with respect to which a period of more than 10 years has elapsed since the date of the conviction, that the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant or any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any conviction or convictions subject to the requirements of FED. R. EVID. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

Date: March 11, 2022.

CADWELL SANFORD DEIBERT & GARRY LLP

By:___/s/ Alex M. Hagen_____
Alex M. Hagen
200 East 10th Street, Suite 200
Sioux Falls SD 57104
Telephone: (605) 336-0828
Fax: (605) 336-6036
ahagen@cadlaw.com
Attorneys for Defendant Jessica Johnson